FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 12 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
KINGVISION PAY-PER-VIEW LTD.,

               Plaintiff,

     -against-

HECTOR M. CRUZ,

               Defendant.
------------------------------------------------------------------ X

05-CV-5755 (ARR) (JO)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated September 15, 2006 from the Honorable James Orenstein, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the court dismisses the case against Hector M. Cruz in his individual capacity and enters a default judgment against Cruz doing business as "Los Palmeros Restaurant" in the amount of $1000. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

                                                  Allyne R. Ross
                                                  United States District Judge

Dated: October 10, 2006
        Brooklyn, New York

SERVICE LIST:

*Counsel for Plaintiff:*
Richard Alan Klass
16 Court Street
29th Floor
Brooklyn, NY 11241

*Defendant:*
Hector M. Cruz
Los Palmeros Restaurant
2354 Pitkin Avenue
Brooklyn, NY 11207

cc: Magistrate Judge Orenstein